# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

FIRMA HOLDINGS CORP.,

    Plaintiff,

v.

WESLEY D. COPPERNOLL, et al.,

    Defendants.

Case No. 2:15-cv-0828-APG-GWF

**ORDER DISMISSING CASE**

On September 17, 2015, Plaintiff was advised by the court (Dkt. #4) that this action would be dismissed without prejudice as to all defendants unless on or before October 17, 2015, Plaintiff filed proper proof of service or showed good cause why such service was not timely made. Plaintiff has failed to file proof of service nor shown good cause. Nor has Plaintiff shown cause why this action should not be dismissed without prejudice as to that defendant for failure to effect timely service pursuant to FRCP 4(m). Therefore,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the above-entitled action be, and hereby is, **DISMISSED without prejudice**.

Dated: October 23, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE